Gerald A. PRATT, Relator,

v.

MINN. TEX INVESTMENTS
and APCapital Group,
Respondents.

No. A05–2044.

Supreme Court of Minnesota.

Jan. 17, 2006.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation

Court of Appeals filed September 19, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Sam Hanson
Associate Justice